**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SALVATORE J. SOWELL,** | : | |
| | : | **Case No. 2:26-cv-01105** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | |
| **DALLAS BALDWIN, *et al.*** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

This matter comes before the Court on Plaintiff Sowell's Motion for Leave to Proceed *in forma pauperis* (ECF No. 4) and the Magistrate Judge's Report and Recommendation regarding the same (ECF No. 3). On September 4, 2026, Mr. Sowell filed his Complaint in the above-captioned matter. (ECF No. 1). On September 15, 2026, the Magistrate Judge issued a Report and Recommendation, noting that Mr. Sowell neither paid the filing fee nor filed an *in forma pauperis* application. (ECF No. 3). The Magistrate Judge, however, noted that Mr. Sowell did file an *in forma pauperis* application in a similar case, *Sowell v. Baldwin,* No. 2:26-cv-1017, and directed the Clerk to file that application in the instant matter as well. (*Id.* at 1–2). The Magistrate Judge then recommended that this Court deny the Motion for Leave to Proceed *in forma pauperis*. (*Id.*).

The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. (ECF No. 3 at 4). No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed on September 29, 2026, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 3) and **DENIES** Mr. Sowell's Motion for Leave to

Proceed *in forma pauperis* (ECF No. 4). Mr. Sowell is **ORDERED** to pay the full $405 filing fee ($350 filing fee, plus $55 administrative fee) required to commence his action **WITHIN THIRTY DAYS** of the date of this Order. The Court advises Mr. Sowell that failure to timely pay the full $405 fee within thirty days will result in dismissal of this action. The Court **CERTIFIES** under 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: October 27, 2026**